UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*<br><br>v.<br><br>SARAH A. DELASHMIT,<br>*Defendant* | Case Number: 20-CR-30040-SMY |

## SUMMONS IN A CRIMINAL CASE

YOU ARE SUMMONED to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: | U. S. Courthouse<br>750 Missouri Avenue<br>East St. Louis, IL  62201 | Courtroom No.: | 4 |
|---|---|---|---|
| Before: | Magistrate Judge Gilbert C. Sison | Date and Time: | 3/24/2020 at 10:00 A.M. |

This offense is briefly described as follows:
Counts 1, 3, 5, and 6:  Wire Fraud in violation of 18:1343
Count 2, 4, and 8:  Aggravated Identity Theft in violation of 18:1028A(a)(1)
Count 7:  Mail Fraud in violation of 18:1341

DEFENDANT IS REQUIRED TO REPORT TO THE UNITED STATES PROBATION OFFICE, 650 Missouri Ave., East St. Louis, IL, TWO HOURS PRIOR TO COURT APPEARANCE.

Date:   March 3, 2020

*Kaitlyn Kramer Deputy Clerk*
*Issuing officer's signature*

MARGARET M. ROBERTIE, Clerk of Court
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons          ☐ Returned this summons unexecuted

Date:

*Server's signature*

*Printed name and title*