# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br><br>vs.<br><br>SARA DELASHMIT,<br><br>Defendant(s) | Case Number:  3:20-cr-30040-SMY |

## FIRST MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE AND TRIAL

COMES NOW the Defendant, Sara Delashmit by and through her attorney David L. Brengle, and she moves this Court to continue the final pretrial conference and trial for this matter. In support of this request, the defendant offers the following:

1. Sara Delashmit was arraigned on 06/22/2020. (Doc. 13).

2. Magistrate Judge Gilbert Sison issued an order appointing the Public Defender.  (Doc. 15).

3. Hitherto, the government has made a very substantial disclosure of discovery materials. Accordingly, undersigned counsel needs a significant period of time to review such a large disclosure of documents.

4. Additionally, undersigned counsel is engaging in plea negotiations with the government, and that work is ongoing.

5. Undersigned Counsel has consulted with AUSA Luke Weissler about the prospect of continuing the final pretrial conference and trial, and he has no objection.

WHEREFORE, The Defendant requests that the trial and final pretrial conference be continued 60 days from its current setting or whatever period of time best comports with the Court's calendar in other matters.

                                              Respectfully Submitted,

                                              /s/ David L. Brengle
                                              DAVID L. BRENGLE
                                              Assistant Federal Public Defender
                                              650 Missouri Avenue, Room G10A
                                              East St. Louis, Illinois 62201
                                              (618) 482-9050

                                              ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that he has caused a true and correct copy of the foregoing to be served upon:

                                              Luke Weissler
                                              Assistant United States Attorney
                                              Nine Executive Drive, Suite 300
                                              Fairview Heights, Illinois 62208

via electronic filing with the Clerk of the Court using the CM/ECF system this 6th day of August, 2020.

                                              /s/ David Brengle
                                              DAVID BRENGLE